**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1521**

TYRONE B. MUHAMMAD,

　　　　　　　Plaintiff – Appellant,

　　v.

VIRDILIA C. MCGHEE; DIRECT GENERAL AUTO INS. CO.,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.　John A. Gibney, Jr., District Judge. (3:16-cv-00071-JAG)

Submitted: November 17, 2016　　　Decided: November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Muhammad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone B. Muhammad appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. McGhee, No. 3:16-cv-00071-JAG (E.D. Va. Feb, 4, Mar. 1, Mar. 30, Apr. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED